NEW-YORK,
October, 1811.

JOHNSON
v.
SMITH.

## JOHNSON *against* SMITH.

IN error, on *certiorari*, from a justice's court.

*Smith* brought an action of trespass *quare clausum fregit*, against *Johnson*, and for cutting and carrying away wheat. The defendant pleaded not guilty, and a former trial in bar. Upon the trial, and before the jury were sworn, the defendant proved a former *suit*, by the same plaintiff, against him, for *wheat* cut and carried away; on which trial there was a verdict and judgment for the defendant. The justice ruled that this was no bar. The jury were sworn. The plaintiff went on and proved the trespass and cutting, &c. and that the defendant admitted that the wheat belonged to the plaintiff. The defendant offered to prove the former trial in bar, to the jury; but the justice overruled it, and a verdict was found for *Smith*, on which the justice gave judgment.

*In an action of trespass, quare clausum fregit, and for cutting and carrying away wheat, before a justice of the peace, the defendant pleaded a former suit by the plaintiff against him, for the wheat, in bar, and it was held good. The rule in this case depends, not on the identity of the action, but on the proof being the same in both cases.*

NEW-YORK,
October, 1811.

CRAIN
v.
COLWELL.

*Per Curiam.* The testimony offered by *Johnson* to prove that he had been sued by *Smith*, for the same cause of action, and had obtained a verdict and judgment in his favour, ought to have been received. It was in support of his plea, and formed a complete bar to the suit. The former suit was for cutting and carrying away wheat, and was for the same cause of action, and though the former action was denominated by the justice, an action of trespass *on. the case*, and this was *trespass*, it did not alter the application of the rule, which depended not upon the identity of action, but upon the same proof in both cases. (*Rice* v. *King*, 7 *Johns. Rep.* 20.) The judgment must be reversed.

                                        Judgment reversed.